FILED
CLERK, U.S. DISTRICT COURT

June 15, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____TS_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

TRACY LYNN WHITE,

Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

No. ED CV 14-00580-PA (DFM)

Order Accepting Report and
Recommendation of United States
Magistrate Judge

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered affirming the decision of the Commissioner and dismissing this action with prejudice.

Dated: June 14, 2015

_____
PERCY ANDERSON
United States District Judge