JS-6

FILED
CLERK, U.S. DISTRICT COURT

June 15, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TRACY LYNN WHITE,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. ED CV 14-00580-PA (DFM)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

Dated: June 14, 2015

_____
PERCY ANDERSON
United States District Judge